IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERNEST C. SMALLWOOD JR., et al., § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:15-CV-0601-M-BK |
| § | |
| BANK OF AMERICA, N.A., et al., § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. It is therefore ORDERED that Plaintiffs' *Motion for Reconsideration*, Doc. 11, is **DENIED**.

SO ORDERED this 14th day of July, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS