IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ERNEST C. SMALLWOOD, JR.
And EARTHA Y. SMALLWOOD,

    Plaintiffs,

v.                                               Civil Action No. 3:15-CV-0601-M-BK

BANK OF AMERICA N.A., et al.,

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 23rd day of May, 2016.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE